AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF __NEW YORK__

DENNIS TYSON, individually and on behalf of others simirlarly situated

SUMMONS IN A CIVIL CASE

V.

FLEXTRONIC, INC.

CASE NUMBER:

**08 CIV. 4219**

TO: (Name and address of defendant)

FLEXTRONIC, INC.
2 Executive,,Suite 420
Sommerset, New Jersgy 08873

**JUDGE CONNER**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT DAVID GOODSTEIN, ESQ.
56 Harrison Street, Suite 401
New Rochelle, New York 10801

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY - 2 2008

J. Michael McMahon
CLERK                              DATE

(By) DEPUTY CLERK

40 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and Complaint was made by me¹ | 5/12/08 |
| OF SERVER (PRINT) RICHARD BLUM | TITLE Process server |

heck one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: 2 EXECUTIVE DR Suite 420 Somerset N.J. 08873

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: RHODA FERRELL
F / B / 5'8 / 180 lbs / 50's / Black hair /

Returned unexecuted: _____

Other (specify): _____

### STATEMENT OF SERVICE FEES

| SERVICES | TOTAL |
|---|---|
| | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/12/08
Date

Signature of Server

P.O. Box 342 Yonkers NY 10704
Address of Server