UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DENNIS TYSON, individually and on behalf of others similarly situated, | 08 Civ. 4219 (WCC) |
| Plaintiff, | ECF Case |
| -against- | **CORPORATE DISCLOSURE STATEMENT** |
| Flextronic Inc., | |
| Defendant. | |

---

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, Defendant Flextronics America, LLC ("Flextronics"), by its undersigned counsel, states that its parent corporation is Flextronics International, Ltd. Flextronics further states that no publicly held company owns 10 percent or more of Flextronics International, Ltd.

Date:  June 2, 2008
New York, New York

_____/s/ David M. Wirtz_____
David M. Wirtz (DMW-9777)
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant
       Flextronics America, LLC

Dated:  June 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2008, the foregoing corporate disclosure statement was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ David M. Wirtz
David M. Wirtz

Firmwide:85397520.1 014692.1119