LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
    Flextronics America LLC
885 Third Avenue, 16th Floor
New York, NY 10022-4834
212.583.9600

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS TYSON, individually and on behalf of others similarly situated,

        Plaintiff,

-against-

Flextronic Inc.,

        Defendant.

08 Civ. 4219 (WCC)

ECF Case

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

---

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties to this action, that the time for Defendant Flextronics America LLC to answer, move or otherwise respond to the Complaint herein is adjourned from June 2, 2008 through and until July 2, 2008. This is the first extension requested by Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for A@
AND E-MAILED TO π'S COUNSEL

Date: May 30 2008
New Rochelle, New York

_____
Robert David Goodstein (RDG-5443)
56 Harrison Street, Suite 401
New Rochelle, New York 10801

Attorney for Plaintiff
Brenda Tyson

Date: May 30, 2008
New York, New York

_____
David M. Wirtz (DMW-9777)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022-4834
212.583.9688

Attorneys for Defendant
Flextronics America LLC

SO ORDERED.

_William C. Conner_
HON. WILLIAM C. CONNER
United States District Judge

Date: ~~May~~ June 4, 2008
White Plains, NY

Firmwide:85373367.1 014692.1129

-2-