LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
    Flextronics America, LLC
885 Third Avenue, 16th Floor
New York, NY  10022.4834
    212.583.9600


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS TYSON, individually and on behalf of others similarly situated, | |
| Plaintiff, | **Case No. 08 Civ. 4219 (WCC)** |
| -against- | **NOTICE OF APPEARANCE** |
| Flextronic Inc., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel on behalf of the Defendant in the above-captioned action.  Contact information for the undersigned counsel for the Defendant is as follows:

    David M. Wirtz, Esq.
    LITTLER MENDELSON, P.C.
    885 Third Avenue
    16th Floor
    New York, New York 10022-4834
    (212) 583.9600
    dwirtz@littler.com

The email address listed above may be used for electronic case filing notification purposes.

David M. Wirtz (9777)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant
Flextronics America, LLC

Firmwide:85375521.1 014692.1119