UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dennis Tyson, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br> -against-<br><br>Flextronic Inc.,<br><br>    Defendant. | Case No. 08 Civ. 4219 (WCC)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on July 3, 2008, a copy of the foregoing *Notice of Motion Pursuant to FRCP 12, Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's First Cause of Action as Moot, Affirmation of David M. Wirtz in Support of Defendant's Motion to Dismiss Plaintiff's First Cause of Action as Moot, and Affidavit of Stacey Goode in Support of Defendant's Motion to Dismiss Plaintiff's First Cause of Action as Moot* were filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

      Robert David Goodstein
      Attorney for Plaintiff
      56 Harrison Street, Suite 401
      New Rochelle, NY 10801

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                 /s/ David M. Wirtz
                 David M. Wirtz

Dated: July 3, 2008