**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DENNIS TYSON, individually and on behalf of others
similarly situated,

                      Plaintiff,

-against-

FLEXTRONIC INC.,

                      Defendant.
-----------------------------------------------------------------x

Case No.: 08 Civ. 4219 (WCC)

ECF CASE

**STIPULATION EXTENDING TIME**

It is hereby agreed by the undersigned, counsel for the respective parties enumerated above that plaintiff's time to respond to defendant's moving papers is extended from July 24, 2008 to August 22, 2008 and defendant's reply is extended from August 4, 2008 to September 19, 2008.

Dated: July 24, 2008

The Law Offices of
ROBERT DAVID GOODSTEIN

By: _____
Robert David Goodstein, Esq.
*Attorneys for Plaintiff*
56 Harrison Street, Suite 401
New Rochelle, New York 10801
(914) 632-8382

July 25, 2008

LITTLER MENDELSON

By: _____
David M. Wirtz, Esq.
*Attorneys for Defendant*
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 583-9600

SO ORDERED: Dated: White Plains, NY
Sept. 3, 2008

_____
Hon. William C. Conner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD